## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AILEEN LOPEZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 20-3340 |
| | : | |
| REFOCUS EYE HEALTH OF PA, PC., | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 13th day of January, 2021, it is hereby ORDERED that the settlement conference scheduled for January 19, 2021 is cancelled.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE